1  JEFFER MANGELS BUTLER & MARMARO LLP
   KERRY SHAPIRO (SBN 133912)
2  SCOTT N. CASTRO (SBN 191499)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:  415.398.8080
4  Facsimile:   415.398.5584
   E-Mail:  kshapiro@jmbm.com; scastro@jmbm.com
5
   JEFFER, MANGELS, BUTLER & MARMARO LLP
6  JEFFREY K. RIFFER (SBN 87016)
   1900 Avenue of the Stars, 7th Floor
7  Los Angeles, California  90067-4308
   Telephone:  310.203.8080
8  Facsimile:   310.203.0567
   E-mail:  jriffer@jmbm.com
9
   Attorneys for real Party in Interest CEMEX, INC.
10

11              **UNITED STATES DISTRICT COURT**

12           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13                      **WESTERN DIVISION**

14 | CITY OF SANTA CLARITA, | **CASE NO.  CV 04-7355 AHM (FMOx)** |

15 | Petitioner/Plaintiff, | **JUDGMENT** |

16 | vs. | |

17 | LOS ANGELES COUNTY BOARD OF SUPERVISORS; COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive, | |

18 |  | |

19 | Respondents/Defendants. | |

20

21 CEMEX, INC., a Louisiana Corporation;
   UNITED STATES DEPARTMENT OF
22 INTERIOR; and DOES 1 through 10,
   inclusive,
23
       Real Parties in Interest.
24

25

26

27

28

PRINTED ON
RECYCLED PAPER

743823v1

[Proposed] Judgment

This action took place in Chambers of the Honorable A. Howard Matz, U.S. District Judge, on Cross-Motions for Summary Judgment. The cross motions, supporting memoranda of points and authorities, evidence and issues presented having been fully considered, and a decision having been duly rendered and entered on June 18, 2008,

IT IS ORDERED AND ADJUDGED that the plaintiff and petitioner City of Santa Clarita's Motion for Summary Judgment is DENIED, and the Motions for Summary Judgment of the County of Los Angeles, the United States and CEMEX are GRANTED on all claims for relief. The City of Santa Clarita, as plaintiff and petitioner, takes nothing by this case. Costs are awarded to the County of Los Angeles, the United States, and CEMEX.

Dated: July 08, 2008                     _____

**Make JS-6**                                United States District Judge